IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY FAUST, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV298 |
| vs. | ) ) | ORDER |
| GENERAL MOTORS CORPORATION and SATURN CORPORATION, | ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on defendants' Motion for leave to file an answer out of time [15]. I note that this court routinely grants 30-day extensions pursuant to NECivR 6.1. Had the defendants made this request on their original answer date (September 13, 2007), they would have been granted an extension to Monday, October 15, 2007. For good cause shown,

    **IT IS ORDERED** that defendants' Motion [15] is granted. Pursuant to NECivR 6.1, defendants are given until and including **October 15, 2007** in which to answer or otherwise respond to the Complaint.

    **DATED September 14, 2007.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**