# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY FAUST, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV298 |
| GENERAL MOTORS CORPORATION and SATURN CORPORATION, | ) ) ) | ORDER STAYING CASE |
| Defendants. | ) | |

On November 28, 2007, plaintiff moved the Judicial Panel on Multidistrict Litigation for an order pursuant to 28 U.S.C. § 1407 transferring the two cases now pending in the Northern District of Illinois to the District of Nebraska for consolidation and coordination with this action ("Motion to Transfer and Consolidate"). The parties agree that this case should be stayed until the Motion to Transfer and Consolidate is resolved.

For good cause shown,

**IT IS ORDERED** that the parties' Stipulation Regarding a Stay of All Proceedings [41] is hereby approved and granted, as follows:

1. All proceedings in this action are stayed pending resolution of Plaintiff's Motion to Transfer and Consolidate.

2. All pending motions are denied without prejudice to their refiling after the Motion to Transfer and Consolidate is resolved.

**DATED November 30, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**