# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY FAUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV298 |
| vs. | ) | |
| | ) | ORDER |
| GENERAL MOTORS CORPORATION and SATURN CORPORATION, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LINDA S. MARCHETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV78 |
| vs. | ) | |
| | ) | ORDER |
| GENERAL MOTORS CORPORATION and SATURN CORPORATION, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM P. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV79 |
| vs. | ) | |
| | ) | ORDER |
| SATURN CORPORATION, | ) ) | |
| Defendant. | ) | |

These cases are before the magistrate judge for full pretrial supervision, following the transfer of the 2008 cases from the Panel on Multidistrict Litigation. To facilitate the progression of the cases,

**IT IS ORDERED:**

1. A status conference hearing will be held on **Friday, March 28, 2008 at 9:30 A.M. (Central Time).** The court will make the arrangements for a conference call. Counsel who intend to participate shall so notify chambers at (402) 661-7340 by the close of business on **Monday, March 24, 2008.**

2. All counsel should be prepared to establish a lead case, to discuss a discovery schedule, and the possible consolidation of the cases for discovery purposes.

Dated this 7th day of March 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge