### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN | ) | MDL No. 1920 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | 8:07CV298 |

## SCHEDULING ORDER

Upon the consolidation of Cases Nos. 8:07CV298, 8:08CV78 and 8:08CV79,

**IT IS ORDERED:**

1. By agreement of the parties, the firm of **Car & Reinbrecht, PC** is hereby appointed as Liaison Counsel for plaintiffs and the Class. The firms of **Horwitz, Horwitz & Paradis**, Attorneys at Law, and **Shepherd Finkelman Miller & Shah, LLC** are hereby appointed Co-Lead Counsel for plaintiffs and the Class.

2. Pursuant to the parties' agreement, plaintiffs Marchetta and Anderson shall voluntarily dismiss their actions pending in the Northern District of Illinois without prejudice.

3. Plaintiffs and other individuals shall file their Consolidated Amended Complaint no later than **May 12, 2008**.

   a. Defendants shall respond to the Consolidated Amended Complaint no later than **June 11, 2008.**

   b. Any opposition to any Motion to Dismiss shall be filed no later than **July 11, 2008**.

   c. Defendants' reply brief in further support of any Motion to Dismiss shall be filed no later than **July 28, 2008.**

4. The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within fourteen (14) days of the filing of plaintiffs' Consolidated Amended Complaint, but must receive permission from the court before conducting any other discovery.

     5.   A telephonic status conference will be held on **Thursday, June 26, 2008 at 11:00 a.m.** (Central Daylight Time).  The court will make the arrangements for the conference call.  Counsel who intend to participate shall so notify chambers at (402) 661-7340 by the close of business on Monday, June 23, 2008.

     **DATED March 28, 2008.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**