# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN | ) | MDL No. 1920 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | 8:07CV298 |

## ORDER EXTENDING DEADLINES

On March 28, 2008, the Court entered a Scheduling Order, ordering, *inter alia*, that Plaintiffs file their Consolidated Amended Complaint no later than May 12, 2008. Pursuant to a Stipulation dated April 30, 2008 Plaintiffs requested, and Defendants consented to, a thirty (30) day extension to file their Consolidated Amended Complaint. Plaintiffs have not previously requested an extension of the dates in the Scheduling Order, and the court finds that the Stipulation should be approved and granted.

**IT IS ORDERED** that the parties' Stipulation is granted, and the March 28, 2008 Scheduling Order is amended, as follows:

1. Plaintiffs and other individuals shall file their Consolidated Amended Complaint no later than **June 11, 2008.**

2. Defendants shall respond to the Consolidated Amended Complaint no later than **July 11, 2008**.

3. Any Opposition to any Motion to Dismiss shall be filed no later than **August 11, 2008.**

4. Defendants' reply brief in further support of any Motion to Dismiss shall be filed no later than **September 10, 2008**.

5.  The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within fourteen (14) days of the filing of Plaintiffs' Consolidated Amended Complaint, but must receive permission from the Court before conducting any other discovery.

6.  The telephonic status conference now set for June 26, 2008 is continued to **Monday, July 28, 2008 at 10:00 a.m. (Central Daylight Time)**. The court will make the arrangements for the conference call. Counsel who intend to participate shall so notify chambers at (402) 661-7340 by the close of business on July 24, 2008.

**DATED May 2, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**