## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IN RE SATURN L-SERIES TIMING CHAIN PRODUCTS LIABILITY LITIGATION** | ) ) ) | **MDL NO. 1920** |
| _____ | ) | |
| | ) | **ORDER** |
| **This document relates to:** | ) | |
| **ALL ACTIONS** | ) | |
| **(8:07cv298, 8:08cv78, 8:08cv79),** | ) | |
| _____ | ) | |

This matter is before the Court on the Stipulation Between Plaintiffs and Defendants for Extension of Time for Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint and Defendants' Reply in Further Support Thereof (Filing No. 75). The parties have agreed to a seven day extension for Plaintiffs to file their opposition to Defendants' Motion to Dismiss (Filing No. 70) and an additional seven days for Defendants to file a reply. I have reviewed the Stipulation, and I conclude that it should be approved.

IT IS ORDERED:

1.    The Stipulation for Extension of Time (Filing No. 75) is approved and the relief requested therein is granted;

2.    The Plaintiffs shall file their response to the Defendants' Motion to Dismiss the Consolidated Amended Complaint (Filing No. 70) on or before August 25, 2008; and

3.    The Defendants shall file any reply by September 22, 2008.

DATED this 12th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge