IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 1920<br><br>ORDER |
| This document relates to:<br>ALL ACTIONS<br>(8:07cv298, 8:08cv78, 8:08cv79), | ) ) ) ) | |

This matter is before the Court on the Stipulation Between Plaintiffs and Defendants for Extension of Time to File Reply in Support of Motion to Dismiss. In a previous Order filed on August 12, 2008, Defendants were directed to file any reply on or before September 22, 2008. The parties have agreed to a four day extension for Defendants to file their reply in support of the Motion to Dismiss the Consolidated Amended Complaint. I have reviewed the Stipulation, and I conclude that it should be approved.

IT IS ORDERED:

1. The Stipulation for Extension of Time (Filing No. 80 in 8:07cv298; Filing No. 86 in 8:08cv78; and Filing No. 75 in 8:08cv79) is approved and the relief requested therein is granted; and

2. The Defendants shall file their reply in further support of the Motion to Dismiss the Consolidated Amended Complaint on or before September 26, 2008.

DATED this 17th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge