## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IN RE SATURN L-SERIES TIMING CHAIN PRODUCTS LIABILITY LITIGATION** | ) ) ) | **MDL NO. 1920** |
| _____ | ) ) | **ORDER** |
| **This document relates to: ALL ACTIONS (8:07cv298, 8:08cv78, 8:08cv79),** | ) ) ) ) | |
| _____ | ) | |

The Court issues this order on its own motion.  When Plaintiffs filed their Consolidated Amended Complaint on June 11, 2008 (Filing No. 59), Plaintiffs did not include Plaintiff Linda S. Marchetta in their list of enumerated plaintiffs.  Upon inquiry, Plaintiffs' counsel have communicated their intention to remove Plaintiff Marchetta from this action.  Accordingly,

IT IS ORDERED:

1.  Case No. 8:08cv78 is dismissed, without prejudice, the parties to bear their own costs;

2.  The Clerk is directed to remove the reference to case No. 8:08cv78 from the caption of the consolidated action, MDL NO. 1920; and

3.  The Clerk will send a copy of this order to the Multi-District Litigation Panel.

DATED this 26th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge