# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1920 |
| | | 8:07CV298 |
| This document relates to: ALL ACTIONS (8:07cv298, 8:08cv78, 8:08cv79) | ) ) ) ) ) | Jury Trial Demanded |

## ORDER GRANTING MOTION
## FOR WITHDRAWAL OF ATTORNEY JANUARY L. KERR

This matter is before the court on plaintiffs' Motion for the withdrawal of attorney January L. Kerr.

**IT IS ORDERED** that the motion is granted. The appearance of January L. Kerr as plaintiffs' counsel is deemed withdrawn in the above-captioned matter, i.e., Cases Nos. 8:07cv298, 8:08cv78 and 8:08cv79.

The court will stop electronic notices to January L. Kerr in Cases Nos. 8:07cv298, 8:08cv78 and 8:08cv79.

**DATED July 23, 2009.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**

{00015519.1}                          1